# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MARK FANTROY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>OAKLEY, INC.,<br><br>    Defendant. | Case No. 4:23-cv-00433-SEP |

## JOINT PRELIMINARY NOTICE OF CLASS SETTLEMENT

Plaintiff Mark Fantroy and Defendant Oakley, Inc., by and through their respective undersigned counsel, hereby provide the following notice to the Court of a class settlement in this matter:

1. On April 6, 2023, Plaintiff filed his Class Action Complaint. (Dkt. #1)

2. Oakley, Inc. was served on April 7, 2023.

3. After approximately a year of settlement discussions, in May 2024, the parties entered into a Class Action Settlement Agreement.

4. Pursuant to the terms of the Class Action Settlement Agreement, and as more fully described therein, the parties will next work to effectuate the settlement including requesting a refund from the Missouri Department of Revenue to fund payments to the Settlement Class. A copy of the Class Action Settlement Agreement is attached hereto as **Exhibit A**.

5. Further, as provided in the Class Action Settlement Agreement, Plaintiffs will file an amended complaint to (i) add as named defendants Luxottica of America Inc. and Costa Del Mar, Inc.; (ii) add Marlo George as a plaintiff class representative; and (iii) amend the allegations in the Complaint to correspond with qualifying purchases as agreed in the Class Action Settlement

Agreement. Plaintiffs will also move to stay this litigation until after a response is received from the Missouri Department of Revenue on the refund request. The stay will incorporate check-ins with the Court every 90 days. Plaintiffs anticipate filing with the Court the amended complaint and moving to stay no later than June 30, 2024.

6. Subject to the Court's approval, if the refund request is approved by the Missouri Department of Revenue, and no later than thirty (30) days after the refund is obtained from the Missouri Department of Revenue, Plaintiffs will submit a motion for preliminary approval order to the Court.

WHEREFORE, the parties respectfully request, up to and including June 30, 2024, to file a proposed amended complaint and motion to stay in light of the Class Action Settlement Agreement, and for such other and further relief as the Court may deem just and proper.

Date:   May 30, 2024                     GREENSFELDER, HEMKER & GALE, P.C.

            By:   */s/   Abby L. Risner*
               Abby L. Risner   #57999
               Greensfelder, Hemker & Gale, P.C.
               10 S. Broadway, Suite 2000
               St. Louis, MO 63102
               Tel:  (314) 241-9090
               Fax:  (314) 241-8624
               alr@greensfelder.com

             ***Attorneys for Defendant Oakley, Inc.***

BURSOR & FISHER, P.A.

By: */s/ Yitzchak Kopel*
  Yitzchak Kopel (Bar No. 5117619NY)
  1330 Avenue of the Americas, 32nd Floor
  New York, NY 10019
  Telephone: (646) 837-7150
  Facsimile: (212) 989-9163
  Email: ykopel@bursor.com

**BURSOR & FISHER, P.A.**
Stephen A. Beck (Bar No. 1010183FL)
Jonathan L. Wolloch (Bar No. 1039105FL)
701 Brickell Ave, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 679-9006
Email: sbeck@bursor.com
jwolloch@bursor.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on this 30th day of May, 2024, the above and foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on all attorneys of record.

                 */s/  Abby L. Risner*